```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   MICHELLE A. PRINCE
3  Assistant U.S. Attorneys
   501 I Street, Room 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2744
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,    )   CR. No. S-10-0223 JAM
12                              )
             Plaintiff,         )
13                              )   UNOPPOSED MOTION TO DISMISS
        v.                      )   COUNTS THIRTY-TWO THROUGH
14                              )   THIRTY-NINE; ORDER
   HODA SAMUEL, et al.,         )
15                              )
             Defendants.        )
16 _____)
17
        For the reasons discussed below, the United States hereby
18
   requests that the Court dismiss Counts Thirty-Two through Thirty-
19
   Nine in the above-referenced indictment.
20
        Counts Thirty-Two through Thirty-Nine allege false statements
21
   in loan applications to Long Beach Mortgage, in violation of 18
22
   U.S.C. 1014.  As of the dates of these statements, Long Beach
23
   mortgage was a wholly-owned subsidiary of Washington Mutual Bank.
24
   Washington Mutual was FDIC-insured, but Long Beach Mortgage was not
25
   itself individually insured.  In this case, the government has
26
   decided to exercise its discretion to forego attempting to prove
27
   that the statements to Long Beach Mortgage satisfy the statute.
28

                                 1
```

For the foregoing reasons, the government moves to dismiss Counts Thirty-Two through Thirty-Nine pursuant to Federal Rule of Criminal Procedure 48(a).

Counsel for defendants Devers, Faulkner, Painter, Burris, and Dawson, who are charged in one or more of these counts, have been advised of this motion and have not indicated any opposition to it.

DATED: December 12, 2011  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
MICHELLE A. PRINCE
Assistant U.S. Attorneys

O R D E R

For the reasons stated above, it is hereby ORDERED that pursuant to Fed.R.Crim.P. 48(a), Counts Thirty-Two through Thirty-Nine of the indictment in case CR S 10-0223 JAM are dismissed.

Date: 12/13/2011

/s/ John A. Mendez
JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE