1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   MICHELLE A. PRINCE
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )      No. CR S 10-0223 JAM
                                  )
13              Plaintiff,        )
                                  )
14      v.                        )
                                  )
15 HODA SAMUEL,                   )      STIPULATION AND
   CONNIE DEVERS,                 )      ORDER FOR EXCLUSION OF TIME
16 DANA FAULKNER,                 )
   TRACY PAINTER,                 )
17 YGNACIA BRADFORD, and          )
   SEAN PATRICK GJERDE,           )
18                                )
                Defendants.       )
19 _____)

20      On December 13, 2011, the above-referenced matter came on

21 before the Court for a hearing on Defendant Bradford's motion to

22 dismiss, defendants Painter and Devers' motions to continue the

23 trial date, and trial confirmation.  The Court denied the motion to

24 dismiss, granted the motions to continue, and vacated the trial

25 date.  Trial was set to commence for all defendants on June 4, 2012.

26 The Court requested that the government prepare a stipulation and

27 proposed order excluding time from January 23, 2012 through June 4,

28 2012.

                                  1

1    It is hereby stipulated and agreed to between the United States
2  of America through Philip Ferrari, Assistant United States Attorney,
3  and defendants Hoda Samuel, Connie Devers, Dana Faulkner, Tracy
4  Painter, and Ygnacia Bradford, by and through their respective
5  counsel, that the time from January 23, 2012, through the trial date
6  of June 4, 2012, be excluded from computation under the speedy trial
7  act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (iv) [complexity
8  and reasonable time to prepare] (Local Codes T2 and T4).  To date,
9  the government has produced over 47,000 documents in discovery.  The
10 indictment charges conspiracy, mail fraud and false statements in
11 mortgage applications relating to thirty separate residential real
12 estate transactions.  The case is complex.  In addition, this case
13 originally involved ten named defendants, six of whom are set to
14 proceed to trial on June 4.  One of those remaining defendants,
15 Tracy Painter, was granted new counsel on November 29, 2011.
16 Counsel for Ms. Painter has represented that while he could not be
17 prepared to proceed on the previously set trial date of January 23,
18 2012, he will be able to proceed by June 4, 2012.  Another of the
19 remaining defendants, Connie Devers, is unable to proceed to trial
20 on January 23, 2012, and her counsel is hopeful she will be able to
21 proceed on June 4, 2012, as well.

22    For all of the foregoing reasons, the signing parties stipulate
23 and agree that the ends of justice are served by the Court excluding
24 the time between January 23, 2012, and June 4, 2012, so that each
25 defense counsel may have reasonable time necessary for effective
26 preparation in this complex case, taking into account the exercise
27 of due diligence.  18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).

28    Defendant Sean Gjerde does not join in this stipulation.  As he

is awaiting the trial of his co-defendants, and no severance has been granted, the government submits that time is excludable as to Mr. Gjerde under 18 U.S.C. §3161(h)(6), Local Code R.

IT IS SO STIPULATED.

DATE: January 9, 2012          By:   /s/ Philip A. Ferrari
                                     PHILIP A. FERRARI
                                     Assistant U.S. Attorney

DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                     SCOTT TEDMON
                                     Counsel for Defendant
                                     HODA SAMUEL

DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                     MARK REICHEL
                                     Counsel for Defendant
                                     CONNIE DEVERS

DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                     JAN KAROWSKY
                                     Counsel for Defendant
                                     TRACY PAINTER

DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                     ADANTE DE POINTER
                                     Counsel for Defendant
                                     DANA FAULKNER

DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                     JOSEPH J. WISEMAN
                                     Counsel for Defendant
                                     YGNACIA BRADFORD

Time is hereby excluded under the Speedy Trial Act from January 23, 2012, through the trial date of June 4, 2012. The Court finds that in this case, for the reasons set forth above, the interests of justice served by granting this continuance outweigh the best

3

interests of the public and the defendants in a speedy trial, and

that the referenced period of time should be excluded pursuant to

Section 3161(h)(7)(B)(ii) (complexity), Section 3161(h)(7)(B)(iv)

(reasonable time to prepare), and Section 3161(h)(6) (defendant

awaiting trial of co-defendant when no severance is granted) (Local

Codes T2, T4 and R).

        IT IS SO FOUND AND ORDERED.


DATED: 1/9/2012                    /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   UNITED STATES DISTRICT JUDGE