THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Sean Gjerde

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SEAN GJERDE, et. al. <br><br> Defendants. | Case No.: 2:10-CR-00223-JAM <br><br> STIPULATION AND ORDER TO TERMINATE COUNSELING AS A CONDITION OF PRETRIAL RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the condition of pretrial release, that the defendant attends professional counseling during the pendency of the above- entitled case, is terminated forthwith. The Pretrial Services Officer assigned to Mr. Gjerde's case believes that the condition is no longer necessary. The Office of the United States Attorney has been so informed and did not oppose the request to terminate the condition. All other conditions of pretrial release for Sean Gjerde that were previously ordered by the magistrate remain in effect.

**IT IS SO STIPULATED.**


DATED: February 1, 2012           By:     /s / Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          SEAN GJERDE

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: February 1, 2012 | BENJAMIN WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/ Thomas A. Johnson<br>PHILLIP FERRARI |
| 4 | | Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: 2/1/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com