UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                        RE:    Charles Robert MANESS
                              Docket Number:   2:10CR00223-03
                              **REQUEST TO CONVERT JUDGMENT &**
                              **SENTENCE TO STATUS CONFERENCE**

Your Honor:

Mr. Maness is scheduled for Judgment and Sentencing on July 24, 2012. However, a trial for a number of his codefendants is scheduled for January 7, 2013. Relevant recommendations regarding Mr. Maness's sentencing will be more fully determined after the trial is concluded.

Per agreement with the government and defense counsel, it is respectfully requested that the Judgment and Sentencing be converted to a status conference. It is anticipated the parties will later request either another status conference date or a new Judgment and Sentencing date and disclosure schedule for the presentence report.

                                Respectfully submitted,

                                /s/ Hugo Ortiz
                                **HUGO ORTIZ**
                  **Supervising United States Probation Officer**

Dated:      June 27, 2012
                Sacramento, California

cc:    Clerk, United States District Court
       Philip A. Ferrari, Assistant United States Attorney
       Donald H. Heller, Attorney at Law
       Probation Office Calendar Clerk

RE: Charles Robert Maness
Docket Number: 2:10CR00223-03
**REQUEST TO CONVERT JUDGMENT &**
**SENTENCE TO STATUS CONFERENCE**

| | | |
|---|---|---|
| __X__ **Approved** | /s/ John A. Mendez | 6/27/2012 |
| | **JOHN A. MENDEZ** | |
| | United States District Judge | Date |
| ___ **Disapproved** | | |