1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   NICOLE DAWSON

5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          Case No.: 2:10 CR-0223 JAM

10         Plaintiff,
                                      STIPULATION AND ORDER
11     vs.                            CONTINUING STATUS CONFERENCE

12 NICOLE DAWSON,                     Date:  July 24, 2012
                                      Time:  9:45 a.m.
13         Defendant.                 Ctrm:  6 (JAM)

14

15      The United States of America, through its counsel Assistant

16 U. S. Attorney Philip A. Ferrari, and defendant Nicole Dawson,

17 through her counsel Clyde M. Blackmon, stipulate that the status

18 conference regarding the imposition of judgment and sentence

19 upon Ms. Dawson now scheduled for 9:45 a.m. on July 24, 2012,

20 may be continued to September 25, 2012, at 9:45 a.m.

21      A continuance of the status conference is necessary

22 because, while Ms. Dawson's case has been resolved by way of a

23 guilty plea, the charges against some other defendants in the

24 case are still pending and information pertaining to the

25 resolution of the charges against those defendants may be

26 helpful to the Court in fashioning a sentence for Ms. Dawson.

27 Therefore, the parties request that the status conference

28

                              - 1 -
            STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

regarding the imposition of judgment and sentence pertaining to Ms. Dawson be continued to September 25, 2012, at 9:45 a.m.

**IT IS SO STIPULATED.**

DATED:  July 19, 2012        By: //s// Philip A. Ferrari_____
                                 Philip A. Ferrari
                                 Assistant U.S. Attorney

DATED:  July 19, 2012        By: _//s// Clyde M. Blackmon___
                                 CLYDE M. BLACKMON,
                                 ROTHSCHILD WISHEK & SANDS
                                 LLP, Attorneys for
                                 Defendant NICOLE DAWSON

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing upon the stipulation of the parties, |
| 3 | it is ordered that the status conference regarding the |
| 4 | imposition of judgment and sentence upon Nicole Dawson now |
| 5 | scheduled for July 24, 2012, is continued to 9:45 a.m. on |
| 6 | September 25, 2012. |
| 7 | **IT IS SO ORDERED:** |
| 8 | |
| 9 | DATED: July 19, 2012        /s/ John A. Mendez |

1    **ORDER**

2    Good cause appearing upon the stipulation of the parties,

3    it is ordered that the status conference regarding the

4    imposition of judgment and sentence upon Nicole Dawson now

5    scheduled for July 24, 2012, is continued to 9:45 a.m. on

6    September 25, 2012.

7    **IT IS SO ORDERED:**

8

9    DATED: July 19, 2012        /s/ John A. Mendez
                                 Hon. John A. Mendez
10                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE