| | |
|---|---|
| 1 | **JOSEPH J. WISEMAN, ESQ., CSBN 107403** |
| 2 | **WISEMAN LAW GROUP, P.C.** |
|   | **1477 Drew Avenue, Suite 106** |
| 3 | **Davis, California 95618** |
|   | **Telephone:   530.759.0700** |
| 4 | **Facsimile:    530.759.0800** |
| 5 | **Attorney for Defendant** |
|   | **YGNACIA BRADFORD** |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S 10-0223-JAM |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION AND ORDER TO** |
| vs. | ) | **MODIFY CONDITION OF PRE-TRIAL** |
|  | ) | **RELEASE** |
|  | ) |  |
|  | ) |  |
| YGNACIA BRADFORD, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Phillip A. Ferrari, Assistant United States Attorney, and Joseph J. Wiseman, attorney for Ygnacia Bradford, with the recommendation and approval of the Pre-Trial Officer, that that the conditions of Ygnacia Bradford's pre-trial release be modified so as to discontinue the condition that she participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by Pretrial Services.

Dated: September 27, 2012          Respectfully submitted,

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
YGNACIA BRADFORD

Dated: September 27, 2012

By: /s/ Phillip A. Ferrari
PHILLIP A. FERRARI
First Assistant U.S. Attorney
Attorney for the United States

BENJAMIN B. WAGNER
United States Attorney

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:    530.759.0700**
    **Facsimile:    530.759.0800**

**Attorney for Defendant**
**YGNACIA BRADFORD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. CR S 10-0223-JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **MODIFY CONDITION OF PRE-TRIAL** |
| ) | **RELEASE** |
| ) | |
| ) | |
| **YGNACIA BRADFORD,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Special Conditions of Pre-Trial Release be modified as follows:

Condition 12 requiring defendant to participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency is discontinued. All other conditions of pre-trial release remain in force.

IT IS SO ORDERED.

Dated:  9/28/2012                              /s/ John A. Mendez
                                               HON. JOHN A. MENDEZ
                                               United States District Court Judge