BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
TODD A. PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 10-0223 JAM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S REQUEST FOR A |
| | ) | STATUS CONFERENCE; |
| v. | ) | Order |
| | ) | |
| CONNIE DEVERS, | ) | Date: November 13, 2012 |
| | ) | Time: 9:45 a.m. |
| Defendant. | ) | Hon. John A. Mendez |
| _____ | ) | |

Trial is set to commence in this case on January 7, 2013.

The last status conference in this matter occurred on April 24, 2012. Docket, # 230. At the time of that hearing, trial was scheduled to commence on June 4, 2012. Docket, # 210. Counsel for Ms. Devers represented to the Court that his client was seriously ill, and could not proceed to trial as scheduled. The Court then set the currently pending trial date.

The government has no cause to doubt the representations made regarding the defendant's health and has been provided with evidence relating to her condition. However, there exists a lack of clarity regarding how the defendant wishes to proceed. She has yet to enter

1

a plea, and she previously maintained she was too ill to proceed to trial. The government requests that this matter be set for a status conference to address the status of the case against Ms. Devers. The government requests that the status conference be set for Tuesday, November 13, 2012, and that the defendant be ordered to appear in person at that hearing. Counsel for Ms. Devers has been informed of this request and has stated that November 13 is an acceptable date.

Respectfully Submitted,

DATE: November 5, 2012       By:   /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-10-0223 JAM |
| | ) | |
| Plaintiff, | ) | [Proposed] ORDER SETTING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| CONNIE DEVERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A status conference shall be held in the above referenced matter on November 13, 2012, at 9:45 a.m. This status conference is meant to address the status of Defendant Connie Devers, and no other defendants or defense counsel are required to appear. Ms. Devers is ordered to appear in person with her counsel.

**IT IS SO ORDERED.**

DATED: 11/5/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE