# AMENDED Conditions of Release
# Docket # 2:10-CR-00223-JAM
# Hoda Samuel

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall not associate or have any contact with the co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

8. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You shall surrender your passport to the Clerk, U.S. District Court, and obtain no passport during the pendency of this case;

10. You shall submit to DNA testing as directed by the United States Attorney's Office (stayed).

11. **You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

12. **CURFEW: You are restricted to your residence every day as directed by the pretrial services officer. You shall call Pretrial Services daily from your home telephone land line as directed by your Pretrial Services Officer. This does not include location monitoring equipment.**

**January 29, 2013**