```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP FERRARI
    TODD PICKLES
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )    No. CR S 10-0223 JAM
                                )
12             Plaintiff,       )    STIPULATION AND
                                )    ORDER FOR CONTINUANCE OF
13        v.                    )    STATUS CONFERENCE
                                )
14  CONNIE DEVERS,              )
                                )    Date: March 19, 2013
15             Defendant.       )    Time: 9:45 a.m.
    _____ )    Hon. John A. Mendez
16
17
         It is hereby stipulated and agreed to between the United States
18
    of America and defendant Connie Devers, by and through their
19
    respective counsel, that the status conference in the above-
20
    captioned matter set for Tuesday, February 26, 2013, be continued to
21
    Tuesday, March 19, 2013 at 9:45 a.m.
22
         The parties request that the Court exclude from calculation
23
    under the Speedy Trial Act the time from the date of the originally
24
    set status conference, February 26, 2013, through the date of the
25
    status conference set for March 19, 2013, pursuant to 18 U.S.C. §
26
    3161(h)(4) [defendant physically unable to stand trial] (Local Code
27
    N).  Counsel for Ms. Devers and the government are in the process of
28
                                     1
```

securing an update as to her physical condition and prognosis and require more time to do so.

IT IS SO STIPULATED.

DATE: February 22, 2013         By:   /s/ Philip A. Ferrari
                                      PHILIP A. FERRARI
                                      Assistant U.S. Attorney

DATE: February 22, 2013         By:   /s/ Philip A. Ferrari for
                                      MARK REICHEL
                                      Counsel for Defendant
                                      CONNIE DEVERS

IT IS ORDERED that the status conference currently set for February 26, 2013, is vacated, and a new status conference is set for March 19, 2013, at 9:45 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h)(4), and time is excluded under the Speedy Trial Act through March 19, 2013, pursuant to local code N. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED.

DATED: 2/22/2013
                                /s/ John A. Mendez
                                U. S. DISTRICT COURT JUDGE