BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
TODD PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 10-0223 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| CONNIE DEVERS, | ) | |
| | ) | Date: June 4, 2013 |
| Defendant. | ) | Time: 9:45 a.m. |
| _____ | ) | Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America and defendant Connie Devers, by and through their respective counsel, that the status conference in the above-captioned matter set for Tuesday, April 16, be continued to Tuesday, June 4, 2013 at 9:45 a.m.

On November 13, 2012, the Court granted the defendant's motion to sever on the basis that she was physically incapable of standing trial, and set a status conference for February 12, 2013. Docket, # 245. On February 12, and March 19, 2013, counsel for both parties appeared before the Court and represented they were engaged in efforts to determine the current status of Ms. Devers' health.

1

Docket, ## 330, 333. A status conference was set for April 16, 2013, to address that matter. Docket, # 333.

On April 9, 2013, the government received a letter from Ms. Devers' treating physician. A copy of that letter is attached as Exhibit A to this Stipulation, which the government seeks to file under seal. In summary, the letter includes very encouraging news about Ms. Devers' condition, but also indicates she has remaining treatments that will make it difficult to participate in this matter in the near future.

For the reasons set forth in Exhibit A, the parties request that the Court vacate the status conference currently set for April 16, and set a new status conference for June 4, 2013. At that time, Ms. Devers current treatment regimen should be concluded, and the parties may address trial setting or resolution. The parties request that the Court exclude from calculation under the Speedy Trial Act the time from the date of the originally set status conference, April 16, 2013, through the date of the status conference set for June 4, 2013, pursuant to 18 U.S.C. § 3161(h)(4) [defendant physically unable to stand trial] (Local Code N).

IT IS SO STIPULATED.

DATE: April 12, 2013   By:  /s/ Philip A. Ferrari
                            PHILIP A. FERRARI
                            Assistant U.S. Attorney

DATE: April 12, 2013   By:  /s/ Philip A. Ferrari for
                            MARK REICHEL
                            Counsel for Defendant
                            CONNIE DEVERS

1 | IT IS ORDERED that the status conference currently set for
2 | April 16, 2013, is vacated, and a new status conference is set for
3 | June 4, 2013, at 9:45 a.m. For the reasons stipulated to by the
4 | parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h)(4), and
5 | time is excluded under the Speedy Trial Act through June 4, pursuant
6 | to local code N. For the reasons set forth in the stipulation, the
7 | interests of justice served by granting this continuance outweigh
8 | the best interests of the public and the defendant in a speedy
9 | trial.

IT IS SO FOUND AND ORDERED.

DATED: April 12, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE