BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
TODD A. PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S 10-223 JAM |
| Plaintiff, | STIPULATION VACATING HEARING ON JUDGMENT AND SENTENCE AND SETTING STATUS CONFERENCE |
| v. | |
| HODA SAMUEL, | Date: April 22, 2013 |
| Defendant. | Time: 9:30 a.m. |
| | Hon. John A. Mendez |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Hoda Samuel and her attorney, that the hearing on status of Judgment and Sentence, currently set for April 30, 2013, be vacated, and that a hearing on status of Judgment and Sentence be set for July 9, 2013. Ms. Samuel recently suffered a fractured hip. She was hospitalized for a period of time, and her physician has informed the parties that the fracture will require approximately four weeks to heal. In addition, Mr. Tedmon is about to start trying a criminal case in this district which is currently set to last all of May and into June of 2013. Due to Ms. Samuel's injury, and in light of his upcoming trial schedule, Mr. Tedmon has been and will be unable to

consult with his client as necessary to prepare for the sentencing proceeding. For the foregoing reasons, the parties jointly request that the hearings on judgment and sentence, and on the pending motion for a new trial, both set for April 30, 2013, be vacated. The parties further request that a status conference be set for July 9, 2013. It is hoped that by July 9 the parties will be apprised of Ms. Samuel's progress and able to set a realistic schedule for the filing of sentencing memoranda and the hearings on judgment and sentence and the motion for a new trial.

DATED: April 22, 2013  /s/ Philip Ferrari for
SCOTT TEDMON, ESQ.
Attny. for Hoda Samuel

DATED: April 22, 2013  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-10-0223 JAM |
| | ) | |
| Plaintiff, | ) | ORDER SETTING STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| HODA SAMUEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The hearings on judgment and sentencing and the motion for a new trial, currently set for April 30, 2013, are hereby vacated. A status conference shall be held in the above referenced matter on July 9, 2013, at 9:45 a.m. to address the setting of hearings on judgment and sentence and the motion for a new trial.

**IT IS SO ORDERED.**

DATED: 4/23/2013                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE