```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    TODD A. PICKLES
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 10-223 JAM |
| ) | |
| Plaintiff, ) | STIPULATION RESCHEDULING |
| ) | HEARINGS ON JUDGMENT AND |
| v. ) | SENTENCE; ORDER |
| ) | |
| DANA FAULKNER, ) | |
| RONALD BURRIS, and ) | |
| NICOLE DAWSON, ) | Date: August 13, 2013 |
| ) | Time: 9:45 a.m. |
| Defendants. ) | Hon. John A. Mendez |
| _____ ) | |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Dana Faulkner, Ronald Burris, and Nicole Dawson and their attorneys, that the hearings on Judgment and Sentence, currently set for May 21, 2013, June 25, 2013, and June 4, 2013, respectively, be VACATED, and that hearings on Judgment and Sentence for all three defendants be set for August 13, 2013 at 9:45 a.m.  Each of these defendants is still engaged in fulfilling obligations undertaken as part of their plea agreements. Further, the parties suggest the following schedule be implemented with respect to sentencing:

-1-

| | |
|---|---|
| Hearing on Judgment and Sentence: | August 13, 2013 |
| Formal Objections To PSR: | August 6, 2013 |
| Final PSR Issued: | July 23, 2013 |
| Informal Objections to Draft PSR: | July 2, 2013 |

DATED: April 26, 2013　　　/s/ Philip Ferrari for
　　　　　　　　　　　　　　ADANTE POINTER, ESQ.
　　　　　　　　　　　　　　Attny. for Dana Faulkner

DATED: April 26, 2013　　　/s/ Philip Ferrari for
　　　　　　　　　　　　　　MICHAEL HANSEN, ESQ.
　　　　　　　　　　　　　　Attny. for Ronald Burris

DATED: April 26, 2013　　　/s/ Philip Ferrari for
　　　　　　　　　　　　　　CLYDE BLACKMON, ESQ.
　　　　　　　　　　　　　　Attny. for Nicole Dawson

DATED: April 26, 2013　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By: /s/ Philip Ferrari
　　　　　　　　　　　　　　PHILIP A. FERRARI
　　　　　　　　　　　　　　Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-10-0223 JAM |
| | ) | |
| Plaintiff, | ) | ORDER SETTING SENTENCING |
| | ) | SCHEDULE |
| v. | ) | |
| | ) | |
| DANA FAULKNER, RONALD BURRIS, and NICOLE DAWSON, | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the request of the parties, the hearings on judgment and sentence currently set for defendants Dana Faulkner (May 21) Ronald Burris (June 25) and Nicole Dawson (June 4), are hereby VACATED. The hearings on judgment and sentence for all three shall occur on August 13, 2013, at 9:45 am, and the parties shall adhere to the following schedule:

Hearing on Judgment and Sentence:   August 13, 2013
Formal Objections To PSR:            August 6, 2013
Final PSR Issued:                    July 23, 2013
Informal Objections to Draft PSR:    July 2, 2013

**IT IS SO ORDERED.**

DATED: 4/26/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-3-