BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
TODD A. PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MANESS,<br>DANIEL HARRISON, and<br>TRACY PAINTER,<br><br>Defendants. | CR. No. S 10-223 JAM<br><br>STIPULATION RESCHEDULING HEARINGS ON JUDGMENT AND SENTENCE; ORDER<br><br>Date: August 20, 2013<br>Time: 9:45 a.m.<br>Hon. John A. Mendez |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Robert Maness, Daniel Harrison, and Tracy Painter and their attorneys, that the hearings on Judgment and Sentence, currently set for May 21, 2013, June 4, 2013, and May 28, 2013, respectively, be VACATED, and that hearings on Judgment and Sentence for all three defendants be set for August 20, 2013 at 9:45 a.m. Each of these defendants is still engaged in fulfilling obligations undertaken as part of their plea agreements. Further, the parties suggest the following schedule be implemented with respect to sentencing:

Hearing on Judgment and Sentence: August 20, 2013

Formal Objections To PSR: August 13, 2013

Final PSR Issued: July 30, 2013

Informal Objections to Draft PSR: July 23, 2013

DATED: April 26, 2013

/s/ Philip Ferrari for
DON HELLER, ESQ.
Attny. for Robert Maness

DATED: April 26, 2013

/s/ Philip Ferrari for
CHRIS HAYDN-MYER, ESQ.
Attny. for Daniel Harrison

DATED: April 26, 2013

/s/ Philip Ferrari for
JAN KAROWSKY, ESQ.
Attny. for Tracy Painter

DATED: April 26, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MANESS,<br>DANIEL HARRISON, and<br>TRACY PAINTER,<br><br>Defendants. | ) | CR. No. S-10-0223 JAM<br><br>ORDER SETTING SENTENCING SCHEDULE |

Based upon the request of the parties, the hearings on judgment and sentence currently set for defendants Robert Maness (May 21) Daniel Harrison (June 4) and Tracy Painter (May 28), are hereby VACATED. The hearings on judgment and sentence for all three shall occur on August 20, 2013, at 9:45 am, and the parties shall adhere to the following schedule:

| | |
|---|---|
| Hearing on Judgment and Sentence: | August 20, 2013 |
| Formal Objections To PSR: | August 13, 2013 |
| Final PSR Issued: | July 30, 2013 |
| Informal Objections to Draft PSR: | July 23, 2013 |

**IT IS SO ORDERED.**

DATED: April 26, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE