```
BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
TODD PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> CONNIE DEVERS, </br> Defendant. | No. CR S 10-0223 JAM </br> STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF STATUS CONFERENCE </br> Date: June 25, 2013 </br> Time: 9:45 a.m. </br> Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America and defendant Connie Devers, by and through their respective counsel, that the status conference in the above-captioned matter set for Tuesday, June 4, be continued to Tuesday, June 25, 2013.

As the Court is aware, Ms. Devers was previously severed from her co-defendants after it was found she was physically incapable of standing trial. A status conference was previously set for June 4, 2013, to address her current status. The parties request that the June 4 date be vacated, and that a status conference be set for Tuesday, June 25, 2013. The additional time will allow counsel to

1

obtain a more recent update on Ms. Devers' condition.  The parties request that the Court exclude from calculation under the Speedy Trial Act the time from the date of the originally set status conference, June 4, 2013, through the date of the status conference set for June 5, 2013, pursuant to 18 U.S.C. § 3161(h)(4) [defendant physically unable to stand trial] (Local Code N).

IT IS SO STIPULATED.

DATE: May 31, 2013        By:    /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

DATE: May 31, 2013        By:    /s/ Philip A. Ferrari for
                                 MARK REICHEL
                                 Counsel for Defendant
                                 CONNIE DEVERS

    IT IS ORDERED that the status conference currently set for June 4, 2013, is vacated, and a new status conference is set for June 25, 2013, at 9:45 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h)(4), and time is excluded under the Speedy Trial Act through June 25, pursuant to local code N.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO FOUND AND ORDERED.

DATED: 5/31/2013                 /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE