LAW OFFICE OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR #96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile: (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
HODA SAMUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-00223-JAM |
| | ) | |
| Plaintiff, | ) | DEFENDANT HODA SAMUEL'S |
| v. | ) | MOTION TO VACATE THE |
| | ) | JULY 9, 2013 HEARING DATE |
| | ) | ON HER MOTION FOR |
| HODA SAMUEL, | ) | RELEASE PENDING APPEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Hoda Samuel, by and through her attorney Scott L. Tedmon,

moves the Court for an order vacating the hearing date of July 9, 2013 on her

motion for release on release pending appeal from the Judgment and Sentence in

this case. Defendant Samuel's motion for release pending appeal motion was filed

on June 28, 2013 and set for hearing on July 9, 2013. Given that a sentencing date

has not yet been set by the Court, there is good cause to vacate the hearing on the motion for release pending appeal. A status conference regarding sentencing is set for Tuesday, July 9, 2013 at 9:45 a.m. at which time the parties and the Court can discuss setting a schedule for both sentencing and a briefing schedule on the motion for release pending appeal. Finally, the government does not oppose this motion to vacate the July 9, 2013 hearing date on defendant Samuel's motion for release pending appeal.

Based on the foregoing, counsel for defendant Samuel requests the Court grant this motion to vacate the hearing on Samuel's previously filed motion for release pending appeal.

DATED: July 2, 2013                    Respectfully submitted,
                                       LAW OFFICES OF SCOTT L. TEDMON

                                       /s/ Scott L. Tedmon
                                       SCOTT L. TEDMON
                                       Attorney for Defendant Hoda Samuel

# ORDER

Based on the foregoing and good cause appearing, the previously set hearing date of July 9, 2013 for defendant Samuel's motion for release pending appeal is **VACATED**.

Once a sentencing date for defendant Samuel is established by the Court, the briefing schedule and hearing date for Samuel's motion for release pending appeal will then be set by the Court .

**IT IS SO ORDERED.**

DATED: July 3, 2013      /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE